IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LANORRIS MOORE , | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00442-TES-MSH |
| | * |
| STATE OF GEORGIA, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated February 8, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 8th day of February, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk